No. 773. LOUISIANA OIL REFINING CORP. *v.* REED ET AL. May 5, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs.*

752

*Leon O'Quin* and *H. C. Walker, Jr.*, for petitioner. *Mr. Frank J. Looney* for respondents.

